## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01142-WYD-KLM

ERIK ROBINSON,

        Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation,

        Defendant.

---

### NOTICE OF SETTLEMENT

---

        COMES NOW the Plaintiff, Erik Robinson, by and through his attorney, David M. Larson, and for his Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Plaintiff will be filing a Notice of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The Plaintiff expects this to happen by July 14, 2008.

Dated: June 30, 2008.

Respectfully Submitted,

 s/ David M. Larson
David M. Larson, Esq.
405 S. Cascade Avenue Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff